■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ALLEN, Appellant.—Appeal by defendant from a judgment of the Supreme

---

Court, Kings County, rendered July 27, 1973, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Case remitted to Criminal Term to hear and report on the issue of the alleged denial of the defendant's right to a speedy trial. Appeal held in abeyance in the interim. Latham, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.